UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY KUEHN and JUNE P. KUEHN**   **PLAINTIFFS**

**V.**   **CIVIL ACTION NO.1:08CV577 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**   **DEFENDANTS**

## ORDER DECLARING THE VALIDITY OF APPRAISAL AWARD

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED and ADJUDGED**

That the appraisal award made on February 28, 2009, is hereby **DECLARED TO BE VALID AND BINDING** on the parties in accordance with its terms;

That, in light of the hearing that was conducted and the Court's findings, the Motion [77] *in Limine* to Prohibit and/or Exclude Testimony by State Farm's Counsel, Spragins and Tucker, is hereby **DENIED AS MOOT**.

**SO ORDERED** this 17th day of August, 2009.

    s/ L. T. Senter, Jr.
    L. T. SENTER, JR.
    SENIOR JUDGE