# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HENRY KUEHN and JUNE P. KUEHN**                                        **PLAINTIFFS**

**V.**                             **CIVIL ACTION NO.1:08CV577 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,**
**ET AL.**                                                **DEFENDANTS**

## JUDGMENT

In accordance with the findings set out in the Memorandum Opinion I have this day signed, it is

**ORDERED and ADJUDGED**

That Henry Kuehn and June P. Kuehn shall have of and recover from State Farm Fire and Casualty Company the sum of $174,881.80 plus interest at the lawful rate from sixty days after the delivery of the amended appraisal report until this judgment is paid.

**ORDERED and ADJUDGED** this 17th day of August, 2009.

                                                        s/ L. T. Senter, Jr.
                                                        L. T. SENTER, JR.
                                                        SENIOR JUDGE