UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY KUEHN and JUNE P. KUEHN**                                              **PLAINTIFFS**

V.                                                     CIVIL ACTION NO.1:08CV577 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY,**
**ET AL.**                                                                         **DEFENDANTS**

### AMENDED ORDER DECLARING THE VALIDITY OF APPRAISAL AWARD

In accordance with the [85] Memorandum Opinion I signed on August 17, 2009, it is

**ORDERED AND ADJUDGED**

That the appraisal award made on February 28, 2008, is hereby **DECLARED TO BE VALID AND BINDING** on the parties in accordance with its terms;

That in light of the hearing that was conducted and the Court's findings, the Motion [77] *in Limine* to Prohibit and/or Exclude Testimony by State Farm's Counsel, Spragins and Tucker, is hereby **DENIED AS MOOT**.

**SO ORDERED** this the 26th day of August, 2009.

s/ L. T. Senter, Jr.

L. T. SENTER, JR.

SENIOR JUDGE