UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HENRY KUEHN and
JUNE P. KUEHN                                                                    PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:08CV577-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al                DEFENDANTS

### ORDER GRANTING MOTION TO EXPEDITE

Before the Court is Defendant State Farm's [96] Motion to Expedite filed in conjunction with a [96] Motion to Compel Inspection of Plaintiff's Property. The Court conducted a telephone conference with the parties on this day. The motion to expedite is GRANTED by agreement of the parties. Plaintiffs shall file their response to the motion to compel inspection on or before December 9, 2009. Defendants shall file their reply on or before December 10, 2009. In the meantime, other than exterior painting and boarding of the structure(s), Plaintiffs agree not to allow the destruction or waste of the structure(s) in question pending a ruling on the motion to compel inspection.

SO ORDERED, this the 4th day of December, 2009.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE