UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HENRY KUEHN and
JUNE P. KUEHN                                                                    PLAINTIFFS

VS.                                                        CAUSE NUMBER:1:08CV577-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY
and JOHN DOES 1 THROUGH 10                                                      DEFENDANTS

## NOTICE OF SERVICE OF OFFER OF JUDGMENT

NOTICE IS HEREBY GIVEN THAT Defendant, State Farm Fire and Casualty Company, has this day served the following in the above-styled and numbered cause.

1.    Offer of Judgment.

This, the 20th day of January, 2010.

                                              Respectfully submitted,

                                              STATE FARM FIRE & CASUALTY COMPANY

                                              HICKMAN, GOZA & SPRAGINS, PLLC
                                              Attorneys at Law
                                              Post Office Drawer 668
                                              Oxford, MS 38655-0668
                                              (662) 234-4000

                                              */s/ H. Scot Spragins*
                                              H. SCOT SPRAGINS, MSB # 7748

## CERTIFICATE OF SERVICE

I, **H. SCOT SPRAGINS**, one of the attorneys for the Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED, January 20, 2010

                                                   */s/ H. Scot Spragins*
                                                   **H. SCOT SPRAGINS**

H. SCOT SPRAGINS, MSB # 7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000