IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY KUEHN and**
**JUNE P. KUEHN**                                                            **PLAINTIFFS**

**VS.**                                              **CAUSE NUMBER:1:08CV577-LTS-RHW**

**STATE FARM FIRE AND CASUALTY**
**COMPANY and JOHN DOES 1 THROUGH 10**                     **DEFENDANTS**

### NOTICE OF SERVICE OF OFFER OF JUDGMENT

NOTICE IS HEREBY GIVEN THAT the Defendant, State Farm Fire and Casualty Company, has this day served the following in the above-styled and numbered cause.

1. Offer of Judgment.

This, the 5th day of April, 2010.

                                                        BRYAN, NELSON, SCHROEDER
                                                        CASTIGLIOLA & BANAHAN, PLLC
                                                        Attorneys for Defendant

                                          BY: *s/H. Benjamin Mullen*
                                                H. BENJAMIN MULLEN (9077)

## CERTIFICATE OF SERVICE

I, **H. BENJAMIN MULLEN**, one of the attorneys for the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED, April 5, 2010.

> */s/ H. Benjamin Mullen*
> **H. BENJAMIN MULLEN**

**JOHN A. BANAHAN**
**MS BAR NO.: 1731**
**H. BENJAMIN MULLEN**
**MS BAR NO.: 9077**
BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC
Attorneys at Law
1103 Jackson Avenue
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Tele: (228) 762-6631
Fax: (228) 769-6392
ben@bnscb.com
john@bnscb.com

**H. SCOT SPRAGINS**
**MS BAR NO.: 7748**
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000